CATHARINE DAY, Administratrix, etc., Respondent, *v.* THE
FLUSHING, NORTH SHORE AND CENTRAL RAILROAD
COMPANY, Appellant.

(Argued December 2, 1878; decided December 10, 1878.)

PLAINTIFF's intestate was killed at a crossing on defendant's
road. The evidence showed that the deceased had ample

opportunity before crossing to see the approaching train in time to have avoided it. The trial court directed a verdict for defendant. *Held*, no error ; the court citing *Reynolds* v. *N. Y. C. and H. R. R. R. Co.* (58 N. Y., 248).

*E. B. Hinsdale* for appellant.

*Roswell W. Keene* for respondent.

RAPALLO, J., reads mem. for reversal of order of General Term, and for judgment for defendant on verdict.

All concur, except CHURCH, Ch. J., absent.

Order reversed and judgment accordingly.